323 So.2d 411

**In re Glenn DeGRUY**

**v.**

**STATE of Alabama.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 1276.**

Supreme Court of Alabama.

Oct. 2, 1975.

Rehearing Denied Dec. 18, 1975.

William J. Baxley, Atty. Gen., and J. Brent Thornley, Asst. Atty. Gen., for petitioner.

No appearance for respondent.

HEFLIN, Chief Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *DeGruy v. State*, 56 Ala.App. 521, 323 So.2d 406.

Writ denied.

MERRILL, FAULKNER, JONES, SHORES and EMBRY, JJ., concur.

BLOODWORTH, MADDOX and ALMON, JJ., dissent.

325 So.2d 551

**In re Cleven DIXON**

**v.**

**STATE.**

**Ex parte Cleven Dixon.**

**SC 1583.**

Supreme Court of Alabama.

Jan. 22, 1976.

David L. Barnett, Mobile, for petitioner.

HEFLIN, Chief Justice.

Petition of Cleven Dixon for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Dixon v. State*, 57 Ala.App. 30, 325 So.2d 546.

Writ denied.

MERRILL, MADDOX, JONES and SHORES, JJ., concur.